IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOPHIA LAMBADARIOS MOFFETT, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-1654 |
| | : | |
| WOODLAKE PROPERTIES, LLC | : | |
| d/b/a WOODLAKE PROPERTIES, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 9th day of September 2021, upon consideration of Defendants' Motion to Dismiss Pursuant (ECF No. 9) and Plaintiff's Response in Opposition (ECF No. 10), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.